PROB 12C
(6/16)

Report Date: August 16, 2018

# United States District Court

for the

## Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Casey Mitchell Moore          Case Number: 0980 2:18CR00142-TOR-1

Address of Offender:                             Spokane, Washington, 99202

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 20, 2017

Original Offense:       Unlawful Possession of Firearms and Ammunition, 18 U.S.C. § 922

Original Sentence:      Prison - 9 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    AUSA                           Date Supervision Commenced: July 6, 2017

Defense Attorney:       Federal Defenders Office       Date Supervision Expires: July 5, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: On January 18, 2018, Mr. Moore reported to the U.S. Probation Office. He was read his conditions fully and he signed his judgment stating he understood his conditions. Mr. Moore was also given a copy of his judgement.

Mr. Moore is in direct violation of mandatory condition number 3, by self reporting that he used marijuana on July 14, 2018.

On July 26, 2018, Mr. Moore was directed to report to the U.S. Probation Office to provide a random urine sample. Mr. Moore reported as directed and tested presumptive positive for marijuana. This sample was collected by another U.S. probation officer.

Mr. Moore did call the undersigned officer after he submitted his urine sample and stated that he had used marijuana a few weeks ago. He was directed to report the following day to the undersigned officer.

|   |   |
|---|---|
|   | Mr. Moore reported as directed and self disclosed that he was around negative individuals and decided to use marijuana. He signed a drug use admission form stating he used marijuana on July 14, 2018. |
| 2 | **Special Condition #5**: The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. |

**Supporting Evidence**: On January 18, 2018, Mr. Moore reported to the U.S. Probation Office. He was read his conditions fully and he signed his judgment stating he understood his conditions. Mr. Moore was also given a copy of his judgement.

Mr. Moore was in direct violation of special condition number 5, by self reporting that he drank alcohol on July 27, 2018.

On July 28, 2018, the undersigned officer received information from Mr. Moore's landlord that he was kicked out of the residence he was renting due to being intoxicated and out of control. Allegedly, Mr. Moore was trying to fight another individual in the house and was punching holes in walls.

Mr. Moore was directed to report to the U.S. Probation Office on July 30, 2018. Mr. Moore reported as directed and self disclosed that he decided to go to a bar to play pool and drink alcohol with a friend. He signed an alcohol use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 21, 2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_

Signature of Judicial Officer

August 16, 2018
Date